964

No. 01–9284.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–9320.  THOMAS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–9335.  TONY, AKA ERNSLEY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–9347.  GRAYSON v. THOMPSON, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 01–9360.  SMITH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–9378.  YIRKOVSKY v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 01–9390.  LOUGH v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–9406.  CHRISTOPHER, PERSONAL REPRESENTATIVE OF CHRISTOPHER, DECEASED v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 01–9418.  SINGLETARY v. UNITED STATES; and
No. 01–9440.  RUSS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–9454.  BROWN v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 01–9469.  BROADNAX v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 01–9856.  ROWELL v. DEL PAPA, ATTORNEY GENERAL OF NEVADA.  C. A. 9th Cir.  Certiorari denied.

No. 01–9858.  ABDUL-MUQSIT v. FEDERATED DEPARTMENT STORES, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–9859.  ENLOW v. TEXAS.  Ct. App. Tex., 6th Dist.  Certiorari denied.

No. 01–9860.  DAVIS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.